```
                                              FILED
                                          U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF LA

                                          2006 APR 26  AM 9: 59

                                             LORETTA G. WHYTE
                                                  CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRICK PUGH #413145** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-1205** |
| **BURL CAIN, WARDEN** | **SECT. "T" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's Opposition to the Magistrate's Report and Recommendation, finds that no new issues of law or fact have been raised and hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of Jerrick Pugh be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 25th day of April, 2006.

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process____
 X  Dktd_____
 ✓  CtRmDep___
___ Doc. No____
```